UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA
*ex rel.* ROBERT KRAUS and                               **FILED UNDER SEAL**
PAUL BISHOP, et al.,

               Plaintiffs,                Civil Action No.
                                                          CV-11-5457
    v.

WELLS FARGO and its SUBSIDIARIES,
                                                          (Cogan, J.)
               Defendants.
---------------------------------------------------------X

## THE UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the United States Attorney General give written consent to the dismissal and their reasons for consenting." Therefore, the United States requests that, should either the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Relators' Second Amended Complaint, this Notice,

and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

  A proposed order accompanies this notice.

Dated: Brooklyn, New York
   July 30, 2014

               Respectfully submitted,

               LORETTA E. LYNCH
               United States Attorney
               Eastern District of New York
               271 Cadman Plaza East
               Brooklyn, New York 11201

       By:  s/Bonni J. Perlin_____
          BONNI J. PERLIN
          Assistant U.S. Attorney
          (718) 254-6264