UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES ex rel. ROBERT KRAUS and PAUL BISHOP,<br><br>         Plaintiffs,<br><br>    - against -<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and its and their subsidiaries and affiliates,<br><br>         Defendants. | Civil Action No.  11-cv-05457-EK |

## JOINT STATUS REPORT

Relators Robert Kraus and Paul Bishop ("Relators") and Defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submit this Joint Status Report as directed by Judge Brian M. Cogan's January 16, 2020 order ("Order").  Counsel for Relators and Wells Fargo have conferred concerning the Order.

### I. PROCEDURAL BACKGROUND

This action has been remanded for proceedings consistent with the Memorandum Opinion and Judgment issued and entered on November 21, 2019, by the United States Court of Appeals for the Second Circuit, in *United States ex rel. Kraus, et al. v. Wells Fargo & Co., et al.*, No. 18-1746 (2d Cir.).  The Second Circuit issued its mandate on January 16, 2020.  Dkt. No. 143.  On the same date, Judge Cogan entered a Docket Order, without a docket no., requiring this Joint Status Report.  Separately, Wells Fargo received an extension through March 20, 2020, from the Supreme Court of the United States for the time within which to file a petition for certiorari.  *See* No. 19A840.

## II.   STATUS OF PROCEEDINGS

Counsel for the parties have conferred regarding the status of proceedings in this action upon remand from the Second Circuit.  The parties agree that the most efficient course of action at this time is to hold private mediation.  In the event that mediation is unsuccessful, Wells Fargo would file a renewed motion to dismiss the complaint for failure to state a claim for relief or under Rule 9 of the Federal Rules of Civil Procedure.  Accordingly, the parties propose the following schedule:

1. The parties shall attempt to resolve this litigation by mediation or other negotiation by March 20, 2020.
2. If such negotiations fail to resolve this litigation, Wells Fargo shall move to dismiss the complaint on or before April 6, 2020.  Relators shall file any opposition to such motion on or before April 27, 2020.  Wells Fargo shall file any reply in further support of its motion to dismiss on or before May 8, 2020.
3. The parties shall promptly notify the Court if mediation or other negotiations to resolve this litigation are successful.

## III.   CONCLUSION

The parties are available at Your Honor's convenience to discuss this matter further.

Dated:  January 30, 2020                                         Respectfully submitted,

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **TROUTMAN SANDERS LLP** |
| By: */s/ Jay W. Eisenhofer* | By: */s/ Amy Pritchard Williams* |
| Jay W. Eisenhofer | Amy Pritchard Williams |
| jeisenhofer@gelaw.com | amy.williams@troutman.com |
| 485 Lexington Avenue | Mackenzie Willow-Johnson |
| New York, New York 10017 | mackenzie.willow-johnson@troutman.com |
| Telephone: (646) 722-8500 | 301 S. College Street, Suite 3400 |
| | Charlotte, NC  28202 |
| **GRANT & EISENHOFER P.A.** | Telephone: (704) 998-4102 |
| Kyle J. McGee | |
| kmcgee@gelaw.com | Stephen G. Rinehart |
| Viola Vetter | stephen.rinehart@troutman.com |
| vvetter@gelaw.com | 875 Third Avenue |
| 123 Justison Street | New York, NY  10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 704-6305 |
| Telephone: (302) 622-7000 | |
| | *Attorneys for Defendants Wells Fargo &* |
| **GOLDSTEIN & RUSSELL, P.C.** | *Company and Wells Fargo Bank, N.A.* |
| Tejinder Singh | |
| tsingh@goldsteinrussell.com | |
| 7475 Wisconsin Avenue, Suite 850 | |
| Bethesda, Maryland 20814 | |
| Telephone: (202) 362-0636 | |
| | |
| **THE LAW OFFICES OF** | |
| **     SHARAD A. SAMY LLC** | |
| Sharad A. Samy | |
| sharad@sharadsamy.com | |
| 32 Old Oak Road | |
| Darien, Connecticut 06820 | |
| Telephone: (917) 673-0804 | |
| | |
| *Attorneys for Relators* | |