

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 4, 2020

<u>By ECF</u>
Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States *ex rel.* Kraus and Bishop, et al. v. Wells Fargo
       <u>Case No. CV-11-5457 (EK)</u>

Dear Judge Komitee:

  The United States respectfully submits this letter, pursuant to 31 U.S.C. § 3730(b)(1), to notify the Court of the United States' consent to Relators and Defendants' stipulation of dismissal of the above-referenced action, with prejudice to Relators and without prejudice to the United States, based on Relators and Defendants having entered into a settlement agreement. *See* Dkt No. 100.

  The United States thanks the Court for its consideration.

              Respectfully submitted,
              RICHARD P. DONOGHUE
              United States Attorney

        By:   <u>/s/ Bonni J. Perlin</u>
            BONNI J. PERLIN
            Assistant U.S. Attorney
            (718) 254-6264
            Bonni.Perlin@usdoj.gov